[No. 33059-8-II.   Division Two.   June 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER A. DOUGLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00069-1, David E. Foscue, J., entered November 3, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Van Deren, JJ.

[No. 23125-9-III.   Division Three.   June 14, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK PATRICK MANN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02000-2, Neal Q. Rielly, J., entered June 16, 2004. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Kurtz, J.

[No. 22636-1-III.   Division Three.   June 16, 2005.]

ELIZA A. GIPSON, *Respondent*, v. YOKE'S WASHINGTON FOODS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-07530-1, Robert D. Austin, J., entered December 5, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 22807-0-III.   Division Three.   June 16, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN WAYNE SALMON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02-02015-2, Robert D. Austin, J., entered February 5, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.